Joel E. Tasca, Esq.
Nevada Bar No. 14124
Madeleine Coles
Nevada Bar No. 16216
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
colesm@ballardspahr.com

*Attorneys for Defendant
Citibank, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARLAINA SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LCC; EXPERIAN INFORMATION SOLUTIONS, INC.; JPMORGAN CHASE BANK, N.A.; CITIBANK, N.A.; BANK OF AMERICA, N.A.; U.S. DEPARTMENT OF EDUCATION; AND NAVIENT SOLUTIONS, LLC,<br><br>    Defendants. | CASE NO.  2:22-cv-02041-GMN-NJK<br><br>**ORDER TO<br>EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

The current deadline for Defendant Citibank, N.A. to respond to Plaintiff Marlaina Smith's complaint is January 3, 2023. Defendant has requested, and Plaintiff has agreed, that Citibank shall have up to and including January 24, 2023, to respond to Plaintiff's complaint, to provide time for Citibank to investigate Plaintiff's allegations and for the parties to discuss a potential early resolution of claims asserted against Citibank.

This is the first request for such an extension, and it is made in good faith and not for purposes of delay.

///

Dated: January 3, 2023

| BALLARD SPAHR LLP | FREEDOM LAW FIRM, LLC |
|---|---|
| By: /s/ Madeleine Coles | By: /s/ Gerardo Avalos |
| Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Madeleine Coles, Esq.<br>Nevada Bar No. 16216<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | Gerardo Avalos, Esq.<br>Nevada Bar No. 15171<br>George Haines, Esq.<br>Nevada Bar No. 9411<br>8985 South Eastern Ave., Suite 350<br>Las Vegas, Nevada 89123 |
| *Attorneys for Defendant Citibank, N.A.* | *Attorneys for Plaintiff Marlaina Smith* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 4, 2023