WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
7785 W. Sahara Ave., Ste. 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
jgarabedian@wrightlegal.net
*Attorney for Defendant, Bank of America, N.A.*

## UNITED STATES DISTRIC COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARLAINA SMITH,<br><br>  Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; JPMORGAN CHASE BANK, N.A.; CITIBANK, N.A.; BANK OF AMERICA, N.A.; US. DEPARTMENT OF EDUCATION; and NAVIENT SOLUTIONS, LLC,<br><br>  Defendants. | Case No. 2:22-cv-02041-GMN-NJK<br><br>**UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Defendant Bank of America N.A. ("BANA") by and through its undersigned counsel of record, hereby submits the following Unopposed Motion to Extend Time to Respond to Plaintiff's Complaint (First Request):

On December 8, 2022, Plaintiff filed her Complaint [ECF No. 1]. The Summons and Complaint were purportedly served on BANA on December 12, 2022, which makes the initial deadline to respond to the Complaint January 3, 2023.

BANA's counsel is still investigating the allegations raised in Plaintiff's Complaint. Further, Plaintiff and BANA have discussed extending the deadline 30-days to February 2, 2023,

1  in order to explore early resolution opportunities.  On January 3, 2023, BANA received approval
2  of the 30-day extension request from Plaintiff's counsel.
3       Based upon the foregoing, BANA respectfully requests that the Court extend the deadline
4  for BANA to file its response to Plaintiff's Complaint to February 2, 2023.  This is the first request
5  for extension of time for BANA to respond to Plaintiff's Complaint. The extension is requested in
6  good faith and is not for purposes of delay or prejudice to any other party.

Dated this 3rd day of January, 2023.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Jory C. Garabedian*
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Bank of America, N.A.*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  January 4, 2023