# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARLAINA SMITH,<br><br>　　　Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, et al.,<br><br>　　　Defendants. | Case No. 2:22-cv-02041-GMN-NJK<br><br>**Order**<br><br>[Docket No. 20] |

Pending before the Court is Plaintiff and Defendant Navient Solutions, LLC's stipulation, asking the Court to grant Defendant a 14-day extension to respond to Plaintiff's complaint. Docket No. 20. The stipulation fails to comply with the Local Rules. Specifically, a motion or stipulation seeking an extension must state why the requested extension is needed. Local Rule IA 6-1(a).

Accordingly, the parties' stipulation is **DENIED** without prejudice. Docket No. 20. Any renewed stipulation must fully comply with this Court's Local Rules and must be submitted by January 6, 2023.

IT IS SO ORDERED.

Dated: January 4, 2023

_____
Nancy J. Koppe
United States Magistrate Judge