Jessica E. Chong, Esq.
(NV Bar No. 13845)
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: mbacon@spencerfane.com

*Attorneys for Navient Solutions, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARLAINA SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; JP MORGAN CHASE BANK, N.A.; CITIBANK, N.A.; BANK OF AMERICA, N.A.; U.S. DEPARTMENT OF EDUCATION; AND NAVIENT SOLUTIONS, LLC,<br><br>    Defendant. | Case No. 2:22-cv-02041<br><br>**ORDER TO EXTEND DEFENDANT NAVIENT SOLUTION, LLC'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

The current deadline for Defendant Navient Solutions, LLC ("NSL"), to respond to Plaintiff Marlaina Smith's complaint is January 3, 2022. Defendant NSL has requested and Plaintiff has agreed, that NSL shall have up to and including January 17, 2023, to respond to Plaintiff's complaint, to provide time for NSL to investigate Plaintiff's allegations and for the parties to discuss a potential early resolution of claims asserted against NSL.

/ / /

/ / /

/ / /

1

1  This is the first request for such an extension, and it is made in good faith and not for
2  purposes of delay.

3  Dated: January 4, 2023                                      Dated: January 4, 2023

4  **FREEDOM LAW FIRM, LLC**                        **SPENCER FANE LLP**

5  By: /s/ Gerardo Avalos                                    By: /s/ Jessica E. Chong
6  George Haines, Esq. NV Bar No. 9411            Jessica E. Chong, Esq. NV Bar No. 13845
   Gerardo Avalos, Esq. NV Bar No. 15171          300 S. Fourth Street, Suite 950
7  8985 South Eastern Ave., Suite 350               Las Vegas, NV 89101
   Las Vegas, NV 89123                                   *Attorneys for Navient Solutions, LLC*
8  *Attorneys for Marlaina Smith*

**ORDER**

IT IS SO ORDERED.

Dated this _5th_ day of January, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

2