George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Marlaina Smith*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Marlaina Smith,<br><br>Plaintiff,<br><br>v.<br><br>Trans Union, LLC; Equifax Information Services, LLC; Experian Information Solutions, Inc.; JPMorgan Chase Bank, N.A.; Citibank, N. A.; Bank of America, N.A.; U.S. Department of Education; and Navient Solutions, LLC,<br><br>Defendants. | Case No.: 2:22-cv-02041<br><br>**Stipulation of dismissal of JPMorgan Chase Bank, N.A. with prejudice** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Marlaina Smith and JPMorgan Chase Bank, N.A. stipulate to dismiss Plaintiff's claims against JPMorgan Chase Bank, N.A. with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: January 23, 2023.

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Marlaina Smith*

**BALLARD SPAHR LLP**

/s/ Madeleine Coles
Joel E. Tasca, Esq.
Madeleine Coles, Esq.
Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
*Counsel for JPMorgan Chase Bank, N.A.*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: January 23, 2023