Jessica E. Chong, Esq.
(NV Bar No. 13845)
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: mbacon@spencerfane.com

*Attorneys for Navient Solutions, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARLAINA SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; JP MORGAN CHASE BANK, N.A.; CITIBANK, N.A.; BANK OF AMERICA, N.A.; U.S. DEPARTMENT OF EDUCATION; AND NAVIENT SOLUTIONS, LLC,<br><br>    Defendant. | Case No. 2:22-cv-02041-GMN-NJK<br><br>**ORDER TO EXTEND DEFENDANT NAVIENT SOLUTION, LLC'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br>**(SECOND REQUEST)** |

Defendant Navient Solutions, LLC ("NSL"), by and through its counsel of record, Spencer Fane LLP, and Plaintiff Marlaina Smith, by and through her counsel of record, Freedom Law Firm, LLC, hereby stipulate and agree to extend the time for Defendant NSL to file a response to Plaintiff's First Amended Complaint from January 24, 2023 to February 7, 2023. NSL has had issues locating Plaintiff's account. Plaintiff's counsel has provided information to assist in locating her account and NSL is diligently working on retrieving Plaintiff's account records. This brief extension of time will allow NSL time to investigate Plaintiff's claims and attempt an early resolution.

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: January 25, 2023