George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Marlaina Smith*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Marlaina Smith,<br>　　　　Plaintiff,<br>　v.<br><br>Trans Union, LLC, Equifax Information Services, LLC, Experian Information Solutions, Inc., JPMorgan Chase Bank, N.A., Citibank, N.A., Bank Of America, N.A., Navient Solutions, LLC, U.S. Department of Education, Maximus Education LLC dba Aidvantage,<br>　　　　Defendants | Case No.: 2:22-cv-02041-GMN-NJK<br><br>**Stipulation for dismissal of Maximus Education LLC dba Aidvantage** |

　　Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Marlaina Smith and Maximus Education LLC dba Aidvantage stipulate to dismiss Plaintiff's claims against Maximus Education LLC dba Aidvantage with prejudice.

_____

STIPULATION　　　　　　　　　　- 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: July 27, 2023.

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Marlaina Smith*

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

/s/ Patrick J. Reilly
Patrick J. Reilly, Esq.
Ashley N. Schobert, Esq.
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
*Counsel for Maximus Education LLC dba Aidvantage*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: July 28, 2023

STIPULATION                - 2 -