George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff(s)*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Marlaina Smith,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Transunion, LLC; Equifax Information Services LLC, Experian Information Solutions, Inc.; JPMorgan Chase Bank, N.A.; Citibank, N.A.; Bank of America, N.A.; Maximus Education, LLC dba Aidvantage; and Navient Solutions, LLC,<br><br>　　　　Defendant(s) . | Case No.: 2:22-cv-02041-GMN-NJK<br><br>**Stipulation for dismissal of Equifax Information Services, LLC.** |

　　Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Marlaina Smith and Equifax Information Services, LLC. stipulate to dismiss Plaintiff's claims against Equifax Information Services, LLC with prejudice.

///

STIPULATION　　　　　　　　　　　- 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: 10 September 2023.

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff(s)*

**CLARK HILL PLLC**

/s/ Gia Marina
Gia N. Marina, Esq.
Clark Hill PLLC
1700 S. Pavilion Center Dr.
Las Vegas, NV 89135
*Counsel for Equifax Information Services, LLC*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: September 12, 2023

STIPULATION                    - 2 -