George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Marlaina Smith*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Marlaina Smith, | Case No.: 2:22-cv-02041 |
| Plaintiff, | **Stipulation of dismissal of Navient Solutions, LLC with prejudice** |
| v. | |
| Trans Union, LLC; Equifax Information Services, LLC; Experian Information Solutions, Inc.; JPMorgan Chase Bank, N.A.; Citibank, N. A.; Bank of America, N.A.; Maximus Education LLC dba Aidvantage; and Navient Solutions, LLC, | |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Marlaina Smith and Navient Solutions, LLC stipulate to dismiss Plaintiff's claims against Navient Solutions, LLC with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: October 3, 2023.

**FREEDOM LAW FIRM**

/s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff*

**SPENCER FANE LLP**

/s/ *Jessica E. Chong*
Jessica E. Chong, Esq.
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
*Counsel for Navient Solutions, LLC*

IT IS SO ORDERED:

The Clerk of Court shall close the case.

_____
UNITES STATES DISTRICT JUDGE

DATED: October 3, 2023